IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-01434-PAB-KLM

ANTHONY OWENS,

    Plaintiff,

v.

BANK OF AMERICA, NA, a foreign corporation registered to do business in Colorado, and
NATIONSTAR MORTGAGE LLC, a foreign corporation registered to do business in Colorado,

    Defendants.

_____

**ORDER**
_____

This matter comes before the Court on Plaintiff's Motion to Dismiss With Prejudice Defendant Bank of America, N.A. [Docket No. 36].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that Plaintiff's Motion to Dismiss With Prejudice Defendant Bank of America, N.A. [Docket No. 36] is GRANTED.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims against defendant Bank of America, N.A. are dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

    DATED August 7, 2014.

                                    BY THE COURT:

                                     s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge