**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Case No. 1:14-cv-01434-PAB-KLM

ANTHONY OWENS,

    Plaintiff,

v.

BANK OF AMERICA, NA, a foreign Corporation registered to do business in Colorado; and NATIONSTAR MORTGAGE LLC, foreign Corporation registered to do business in Colorado

    Defendants.

---

**STIPULATED ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

*SIGNATURES ON FOLLOWING PAGE*

1

**STIPULATED AND AGREED:**

Dated this 22nd day of May, 2015.

| | |
|---|---|
| *s/ Dennis N. Lueck, Jr.* | *s/Collin J. Earl*\* |
| Justin D. Balser | Ryan Thomas Earl |
| Dennis N. Lueck, Jr. | Earl & Earl PLLC-Nampa |
| Melissa L. Cizmorris | 17 12th Avenue South, Suite 203 |
| **AKERMAN LLP** | Nampa, ID 83713 |
| 1400 Wewatta Street, Suite 500 | Tel. 208-318-8449 |
| Denver, Colorado 80202 | |
| Telephone: (303) 260-7712 | Collin Joseph Earl |
| Facsimile: (303) 260-7714 | Earl & Earl PLLC-Castle Rock |
| E-mail: justin.balser@akerman.com | 333 Perry Street, Suite 307 |
| E-mail: dennis.lueck@akerman.com | Castle Rock, CO 80104 |
| E-mail: melissa.cizmorris@akerman.com | Tel. 303-349-8325 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Nationstar Mortgage, LLC* | |
| | \**Approval received on May 20, 2015* |

**SO ORDERED.**

Dated: **May 27, 2015**

Hon. Kristen L. Mix
United States Magistrate Judge