IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01434-PAB-KLM

ANTHONY OWENS,

    Plaintiff,

v.

NATIONSTAR MORTGAGE, LLC, a foreign corporation registered to do business in Colorado,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Notice of Settlement and Unopposed Motion to Stay Case Deadlines** [#67] (the "Motion").

    IT IS HEREBY **ORDERED** that the Final Pretrial Conference set for March 31, 2016 at 10:30 a.m. is **VACATED**.

    IT IS FURTHER **ORDERED** that the parties shall file dismissal papers on or before **July 10, 2015**.

    IT IS FURTHER **ORDERED** that the Motion [#67] is **DENIED**, as the only deadline within the next thirty days that has been identified by Defendant is Defendant's deadline of July 9, 2015 to respond to Plaintiff's written discovery.

    IT IS FURTHER **ORDERED** that Defendant's deadline to respond to Plaintiff's written discovery is extended to **August 10, 2015**. Defendant need not respond if dismissal papers are filed before that date.

    Dated:  June 15, 2015