IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01434-PAB-KLM

ANTHONY OWENS,

    Plaintiff,

v.

NATIONSTAR MORTGAGE LLC, a foreign corporation registered to do business in Colorado,

    Defendant.
_____

## ORDER
_____

This matter comes before the Court on the Stipulation of Dismissal With Prejudice [Docket No. 70], wherein the parties request an order dismissing this case pursuant to Fed. R. Civ. P. 41(a)(2). The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED July 2, 2015.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge